**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 24-7197**

———————————

CHARLIE EDWARD RIDDLE,

        Plaintiff - Appellant,

     v.

MCDOWELL COUNTY SHERIFF DEPARTMENT; RICKY BUCHANAN, Sheriff; CHRIS TAYLOR, Lt. over the drug unit; JESSIE HICKS, Drug Unit; JASON GRINSTAFF, High Sheriff,

        Defendants - Appellees.

———————————

**No. 24-7198**

———————————

CHARLIE EDWARD RIDDLE,

        Plaintiff - Appellant,

     v.

MCDOWELL SHERIFF DEPARTMENT; YANCEY COUNTY SHERIFF DEPARTMENT; CHRIS TAYLOR, Lt.; RICKY BUCHANAN, Sheriff; UNKNOWN, Sheriff of Yancey Co Sheriff Dept.; WILSON, Lt., Yancey Co Sheriff Dept.; MARION POLICE DEPARTMENT; MATT HUGGINS, Marion PD; RUSTY JENKINS, Marion PD,

        Defendants - Appellees.

———————————

Appeals from the United States District Court for the Western District of North Carolina, at Asheville.   Martin K. Reidinger, Chief District Judge.   (1:24-cv-00265-MR; 1:24-cv-00285-MR)

———————————

Submitted:  March 11, 2025                          Decided:  March 14, 2025

———————————

Before NIEMEYER, RICHARDSON, and BENJAMIN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Charlie Edward Riddle, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charlie Edward Riddle appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint for failure to comply with the court's order and dismissing his second complaint as duplicative of the first.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Riddle v. McDowell Cnty. Sheriff Dep't*, Nos. 1:24-cv-00265-MR; 1:24-cv-00285-MR (W.D.N.C. Nov. 26, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*